UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HUGO GONZALEZ** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-7711**<br>**c/w 18-7832, 18-7887** |
| **SEA FOX BOAT COMPANY, INC.** | **SECTION I**<br>**REF: 18-7711, 18-7887** |

### ORDER

Considering plaintiffs Hugo Gonzalez, Galloway Outlaw-Knight, and Lauren Outlaw-Knight's motion[1] for leave to file supplemental and amended complaints,

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the scheduling conference currently set for January 15, 2019 is **CANCELLED**, to be reset once the newly added defendant, Yamaha Motor Corporation, U.S.A., makes its appearance.

New Orleans, Louisiana, January 14, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 69.