CLOSED,MASTER,TRANSFER

Jump to Docket Table

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:18−cv−07711−LMA−MBN

Gonzalez v. Sea Fox Boat Company, Inc.
Assigned to: Judge Lance M Africk
Referred to: Magistrate Judge Michael North
Member cases:

    2:18−cv−07832−LMA−MBN

    2:18−cv−07887−LMA−MBN

Cause: 28:1332 Marine Personal Injury

Date Filed: 08/14/2018
Date Terminated: 02/01/2019
Jury Demand: Both
Nature of Suit: 340 Marine
Jurisdiction: Diversity

**Plaintiff**

**Hugo Gonzalez**
*Individually and on behalf of his minor*
*children, C.G. and E.G.*

represented by    **Timothy J. Young**
Young Firm
400 Poydras St.
Suite 2090
New Orleans, LA 70130
504−680−4100
Email: tjy@theyoungfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Benedict Marino , III**
The Young Firm
400 Poydras
Suite 2090
New Orleans, LA 70130
504−680−4100
Email: jbm@theyoungfirm.com
*ATTORNEY TO BE NOTICED*

**Megan C Misko**
Young Firm
400 Poydras St.
Suite 2090
New Orleans, LA 70130
504−680−4100
Email: mcm@theyoungfirm.com
*ATTORNEY TO BE NOTICED*

**Tammy D. Harris**
Young Firm
400 Poydras St.
Suite 2090
New Orleans, LA 70130
504−680−4100
Fax: 504−680−4101
Email: tdh@theyoungfirm.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sea Fox Boat Company, Inc.**                 represented by     **David R. Frohn**
MGM Law Firm
2201 Lake Street
Suite 106
Lake Charles, LA 70601
337–419–1929
Email: dfrohn@mgmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Grady Wyly , III**
Phelps Dunbar, LLP (Gulfport)
2602 13th St.
Suite 300
Gulfport, MS 39501
228–679–1130
Fax: 228–679–1131
Email: jim.wyly@phelps.com
*TERMINATED: 01/07/2019*
*LEAD ATTORNEY*

**Autumn Taylor Breeden**
Phelps Dunbar, LLP (Gulfport)
2602 13th St.
Suite 300
Gulfport, MS 39501
228–679–1130
Email: autumn.breeden@phelps.com
*TERMINATED: 01/07/2019*

**David J. Saltaformaggio**
Phelps Dunbar, LLP (New Orleans)
Canal Place
365 Canal St.
Suite 2000
New Orleans, LA 70130–6534
504–566–1311
Fax: 504–568–9130
Email: david.saltaformaggio@phelps.com
*TERMINATED: 01/07/2019*

**Evans Martin McLeod**
Phelps Dunbar, LLP (New Orleans)
Canal Place
365 Canal St.
Suite 2000
New Orleans, LA 70130–6534
504–566–1311

Fax: 504 568–9130
Email: marty.mcleod@phelps.com
*TERMINATED: 01/07/2019*

**Meghan B. Senter**
MGM The Law Firm (New Orleans)
365 Canal Street
Suite 3000
New Orleans, LA 70130
504–535–2879
Email: msenter@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yamaha Motor Corporation, U.S.A.**
*R. Doc. 71*

**Consol Plaintiff**

**Jeremy Eades**
*18–7832*
*TERMINATED: 12/18/2018*

represented by   **Alonzo T. Stanga , III**
Alonzo T. Stanga, III, Attorney at Law
3117 22nd St.
Suite 6
Metairie, LA 70002
(504) 831–0666
Fax: (504) 831–0726
Email: ats@stangamustian.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Austin Vollor**
Vollor & Lang, P.A.
P.O. Box 80120
Starkville, MS 39759
662–323–0083
Email: austin@vollorlawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chandra Lorraine Holmes**
Zelbst, Holmes & Butler
411 SW 6th Street
P.O. Box 365 (zip: 73502–0365)
Lawton, OK 73501
580–248–4844
Email: chandra@zelbst.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clay Rowe Zelbst**
Zelbst, Holmes & Butler
411 SW 6th Street
P.O. Box 365 (zip: 73502–0365)
Lawton, OK 73501

580–248–4844
Email: clay@zelbst.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Lloyd Butler**
Zelbst, Holmes & Butler
411 SW 6th Street
P.O. Box 365 (zip: 73502–0365)
Lawton, OK 73501
580–248–4844
Email: david@zelbst.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Paul Zelbst**
Zelbst, Holmes & Butler
411 SW 6th Street
P.O. Box 365 (zip: 73502–0365)
Lawton, OK 73501
580–248–4844
Email: zelbst@zelbst.com
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Courtney Alston**
*18−7832; individually and on behalf of their*
*minor child, I.E.*
*TERMINATED: 10/02/2018*

<u>**Consol Plaintiff**</u>

**Cortney Blair Alston**
*18−7832; As Administratrix for the Estate of*
*Jeremy Wade Eades, Deceased; and on behalf*
*of his minor children M.T.A. and I.E.; and on*
*behalf of Ruth Eades, mother of deceased; and*
*on behalf of Leland Eades, father of deceased*

represented by **Alonzo T. Stanga , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Austin Vollor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chandra Lorraine Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clay Rowe Zelbst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Lloyd Butler**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Paul Zelbst**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Consol Defendant</u>**

| | | |
|---|---|---|
| **Sea Fox Boat Company, Inc.**<br>*18−7832* | represented by | **David R. Frohn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**James Grady Wyly , III**
(See above for address)
*TERMINATED: 01/07/2019*
*LEAD ATTORNEY*

**Autumn Taylor Breeden**
(See above for address)
*TERMINATED: 01/07/2019*

**David J. Saltaformaggio**
(See above for address)
*TERMINATED: 01/07/2019*

**Evans Martin McLeod**
(See above for address)
*TERMINATED: 01/07/2019*

**Meghan B. Senter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Consol Plaintiff</u>**

| | | |
|---|---|---|
| **Galloway Outlaw−Knight**<br>*18−7887; Individually and on behalf of his*<br>*minor children, A. O−K, A. O−K, and A. O−K* | represented by | **Timothy J. Young**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Joseph Benedict Marino , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan C Misko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tammy D. Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lauren M. Outlaw–Knight**                    represented by   **Timothy J. Young**
*18−7887; Individually and on behalf of her*                  (See above for address)
*minor children, A. O−K, A. O−K, and A. O−K*                  *LEAD ATTORNEY*

                                                              **Joseph Benedict Marino , III**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Megan C Misko**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Tammy D. Harris**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Sea Fox Boat Company, Inc.**                 represented by   **David R. Frohn**
*18−7887*                                                     (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James Grady Wyly , III**
                                                              (See above for address)
                                                              *TERMINATED: 01/07/2019*
                                                              *LEAD ATTORNEY*

                                                              **Autumn Taylor Breeden**
                                                              (See above for address)
                                                              *TERMINATED: 01/07/2019*

                                                              **David J. Saltaformaggio**
                                                              (See above for address)
                                                              *TERMINATED: 01/07/2019*

                                                              **Evans Martin McLeod**
                                                              (See above for address)
                                                              *TERMINATED: 01/07/2019*

                                                              **Meghan B. Senter**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yamaha Motor Corporation, U.S.A.**
*18−7887*

**Third Party Plaintiff**

**Sea Fox Boat Company, Inc.**
*(R. Doc. 33)*

represented by **David R. Frohn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Grady Wyly , III**
(See above for address)
*TERMINATED: 01/07/2019*
*LEAD ATTORNEY*

**Autumn Taylor Breeden**
(See above for address)
*TERMINATED: 01/07/2019*

**David J. Saltaformaggio**
(See above for address)
*TERMINATED: 01/07/2019*

**Evans Martin McLeod**
(See above for address)
*TERMINATED: 01/07/2019*

**Meghan B. Senter**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**Jeremy Eades**
*(R. Doc. 33)*
*TERMINATED: 12/18/2018*

represented by **Alonzo T. Stanga , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Austin Vollor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chandra Lorraine Holmes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clay Rowe Zelbst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Lloyd Butler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Paul Zelbst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Cortney Blair Alston**
*(R. Doc. 33); Substituted in place of/and as*
*Administratrix of the Estate of Jeremy Eades,*
*deceased*

represented by **Alonzo T. Stanga , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Austin Vollor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chandra Lorraine Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clay Rowe Zelbst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Lloyd Butler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Paul Zelbst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Galloway Outlaw–Knight**
*(R. Doc. 33)*

represented by **Timothy J. Young**
(See above for address)
*LEAD ATTORNEY*

**Joseph Benedict Marino , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan C Misko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tammy D. Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Francene Henderson**
*(R. Doc. 33)*

represented by **Thomas Glenn Buck**
Blue Williams, LLP (Metairie)
3421 N. Causeway Blvd.
Suite 900

Metairie, LA 70002
(504) 831–4091
Email: tbuck@bluewilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Wayne Tweedel**
Blue Williams, LLP (Metairie)
3421 N. Causeway Blvd.
Suite 900
Metairie, LA 70002
504–831–4091
Fax: 504–837–1182
Email: btweedel@bluewilliams.com
*ATTORNEY TO BE NOTICED*

**<u>Third Party Defendant</u>**

**Daniel Henderson**          represented by    **Thomas Glenn Buck**
*(R. Doc. 33)*                                  (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Brett Wayne Tweedel**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**<u>Counter Claimant</u>**

**Sea Fox Boat Company, Inc.**   represented by   **David R. Frohn**
*(R. Doc. 33)*                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **James Grady Wyly , III**
                                                  (See above for address)
                                                  *TERMINATED: 01/07/2019*
                                                  *LEAD ATTORNEY*

                                                  **Autumn Taylor Breeden**
                                                  (See above for address)
                                                  *TERMINATED: 01/07/2019*

                                                  **David J. Saltaformaggio**
                                                  (See above for address)
                                                  *TERMINATED: 01/07/2019*

                                                  **Evans Martin McLeod**
                                                  (See above for address)
                                                  *TERMINATED: 01/07/2019*

                                                  **Meghan B. Senter**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Hugo Gonzalez**
*(R. Doc. 33)*

represented by **Timothy J. Young**
(See above for address)
*LEAD ATTORNEY*

**Joseph Benedict Marino , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan C Misko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tammy D. Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Consol Third Party Plaintiff

**Sea Fox Boat Company, Inc.**
*(18−7887, R. Doc. 34)*

represented by **David R. Frohn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Grady Wyly , III**
(See above for address)
*TERMINATED: 01/07/2019*
*LEAD ATTORNEY*

**Autumn Taylor Breeden**
(See above for address)
*TERMINATED: 01/07/2019*

**David J. Saltaformaggio**
(See above for address)
*TERMINATED: 01/07/2019*

**Evans Martin McLeod**
(See above for address)
*TERMINATED: 01/07/2019*

**Meghan B. Senter**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Consol Third Party Defendant

**Hugo Gonzalez**
*(18−7887, R. Doc. 34)*

represented by **Timothy J. Young ,**
Young Firm

400 Poydras St.
Suite 2090

New Orleans, LA 70130

504−680−4100
Fax:
Email: tjy@theyoungfirm.com
*LEAD ATTORNEY*

**Joseph Benedict Marino , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan C Misko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tammy D. Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Consol Third Party Defendant**</u>

**Daniel Henderson**
*(18−7887, R. Doc. 34)*

<u>**Consol Third Party Defendant**</u>

**Francene Henderson**
*(18−7887, R. Doc. 34)*

<u>**Consol Third Party Defendant**</u>

**Jeremy Eades**                        represented by   **Alonzo T. Stanga , III**
*(18−7887, R. Doc. 34)*                                  (See above for address)
*TERMINATED: 12/18/2018*                                 *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Allen Austin Vollor**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Chandra Lorraine Holmes**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Clay Rowe Zelbst**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **David Lloyd Butler**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**John Paul Zelbst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Third Party Defendant**

**Cortney Blair Alston**                          represented by      **Alonzo T. Stanga , III**
*(18−7887, R. Doc. 34); 18−7832; Substituted*                           (See above for address)
*in place of/and as Administratrix of the Estate*                       *LEAD ATTORNEY*
*of Jeremy Eades, deceased*                                             *ATTORNEY TO BE NOTICED*

                                                                        **Allen Austin Vollor**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Chandra Lorraine Holmes**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Clay Rowe Zelbst**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **David Lloyd Butler**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **John Paul Zelbst**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Consol Counter Claimant**

**Sea Fox Boat Company, Inc.**                   represented by      **David R. Frohn**
*(18−7887, R. Doc. 34)*                                                 (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **James Grady Wyly , III**
                                                                        (See above for address)
                                                                        *TERMINATED: 01/07/2019*
                                                                        *LEAD ATTORNEY*

                                                                        **Autumn Taylor Breeden**
                                                                        (See above for address)
                                                                        *TERMINATED: 01/07/2019*

                                                                        **David J. Saltaformaggio**
                                                                        (See above for address)
                                                                        *TERMINATED: 01/07/2019*

**Evans Martin McLeod**
(See above for address)
*TERMINATED: 01/07/2019*

**Meghan B. Senter**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Consol Counter Defendant</u>**

**Galloway Outlaw–Knight**
*(18−7887, R. Doc. 34)*

represented by **Timothy J. Young ,**
(See above for address)
*LEAD ATTORNEY*

**Joseph Benedict Marino , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan C Misko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tammy D. Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Consol Third Party Plaintiff</u>**

**Sea Fox Boat Company, Inc.**
*(18−7832, R. Doc. 35)*

represented by **David R. Frohn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Grady Wyly , III**
(See above for address)
*TERMINATED: 01/07/2019*
*LEAD ATTORNEY*

**Autumn Taylor Breeden**
(See above for address)
*TERMINATED: 01/07/2019*

**David J. Saltaformaggio**
(See above for address)
*TERMINATED: 01/07/2019*

**Evans Martin McLeod**
(See above for address)
*TERMINATED: 01/07/2019*

**Meghan B. Senter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Consol Third Party Defendant**

**Hugo Gonzalez**                    represented by   **Timothy J. Young**
*(18−7832, R. Doc. 35)*                               (See above for address)
                                                      *LEAD ATTORNEY*

                                                      **Joseph Benedict Marino , III**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Megan C Misko**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Tammy D. Harris**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Consol Third Party Defendant**

**Galloway Outlaw−Knight**           represented by   **Timothy J. Young ,**
*(18−7832, R. Doc. 35)*                               (See above for address)
                                                      *LEAD ATTORNEY*

                                                      **Joseph Benedict Marino , III**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Megan C Misko**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Tammy D. Harris**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Consol Third Party Defendant**

**Daniel Henderson**
*(18−7832, R. Doc. 35)*

**Consol Third Party Defendant**

**Francene Henderson**
*(18−7832, R. Doc. 35)*

**Consol Counter Claimant**

**Sea Fox Boat Company, Inc.**       represented by   **David R. Frohn**
*(18−7832, R. Doc. 35)*                               (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James Grady Wyly , III**

(See above for address)
*TERMINATED: 01/07/2019*
*LEAD ATTORNEY*

**Autumn Taylor Breeden**
(See above for address)
*TERMINATED: 01/07/2019*

**David J. Saltaformaggio**
(See above for address)
*TERMINATED: 01/07/2019*

**Evans Martin McLeod**
(See above for address)
*TERMINATED: 01/07/2019*

**Meghan B. Senter**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Counter Defendant**

**Jeremy Eades**                         represented by   **Alonzo T. Stanga , III**
*(18−7832, R. Doc. 35)*                                   (See above for address)
*TERMINATED: 12/18/2018*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Allen Austin Vollor**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Chandra Lorraine Holmes**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Clay Rowe Zelbst**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David Lloyd Butler**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John Paul Zelbst**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Consol Counter Defendant**

**Cortney Blair Alston**
*(18−7832, R. Doc. 35); 18−7832; Substituted*
*in place of/and as Administratrix of the Estate*
*of Jeremy Eades, deceased*

represented by **Alonzo T. Stanga , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Austin Vollor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chandra Lorraine Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clay Rowe Zelbst**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Lloyd Butler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Paul Zelbst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yamaha Motor Corporation, U.S.A.**
*18−7832*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/14/2018 | Ï 1 | **FILED IN ERROR. SEE REC DOC 2** COMPLAINT with jury demand against Sea Fox Boat Company, Inc. (Filing fee $400 receipt number 053L−7060078) filed by Hugo Gonzalez. (Attachments: # 1 Civil Cover Sheet)Attorney Timothy J. Young added to party Hugo Gonzalez(pty:pla).(Young, Timothy) Modified text on 8/15/2018 (sbs). (Entered: 08/14/2018) |
| 08/15/2018 | Ï 2 | COMPLAINT with jury demand against Sea Fox Boat Company, Inc. (Fee previously paid) filed by Hugo Gonzalez. (Attachments: # 1 Summons)(Young, Timothy) (Entered: 08/15/2018) |
| 08/15/2018 | Ï 3 | Initial Case Assignment to Judge Lance M Africk and Magistrate Judge Michael North. (djg) (Entered: 08/15/2018) |
| 08/15/2018 | Ï 4 | Summons Issued as to Sea Fox Boat Company, Inc. (sbs) (Entered: 08/15/2018) |
| 08/15/2018 | Ï 5 | Correction of Docket Entry by Clerk re 1 Complaint. **This is a duplicate filing of document 2 and will be noted as such. No further action is necessary.** (sbs) (Entered: 08/15/2018) |
| 09/04/2018 | Ï 6 | MOTION for Leave to Take Discovery Prior to Rule 26(f) Conference by Hugo Gonzalez. Motion(s) referred to Michael North. Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Notice of Submission)(Young, Timothy) (Entered: 09/04/2018) |
| 09/04/2018 | Ï 7 | EXPARTE/CONSENT MOTION to Expedite *Consideration of Plaintiffs' Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Rec. Doc. 6)* by Hugo Gonzalez. Motion(s) referred to Michael North. (Attachments: # 1 Proposed Order)(Young, Timothy) Modified text on 9/4/2018 (sbs). (Entered: 09/04/2018) |
| 09/04/2018 | Ï 8 | ORDER that Plaintiffs Motion for Expedited Submission of the Motion for Leave to Take Discovery Prior to Rule 26(f) Conference is Granted. A hearing of Plaintiffs Motion is scheduled for 9/12/2018 at 11:00 a.m. with oral argument. Memorandum in opposition shall be filed by 9/7/2018. Signed by Magistrate Judge Michael North on 9/4/2018. (email: Raul J. Chacon, Jr., Kaylin S. Grey)(caa) (Entered: 09/04/2018) |
| 09/04/2018 | Ï 9 | Correction of Docket Entry by Clerk re 6 MOTION for Leave to Take Discovery Prior to Rule 26(f) Conference , 7 MOTION to Expedite *Consideration of Plaintiffs' Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Rec. Doc. 6)*. **Documents contains incorrect case numbers. The correct case number is captioned, but the caption also includes additional case numbers that should not be included on the caption. Please correct the caption for all future filings.** (sbs) (Entered: 09/04/2018) |
| 09/05/2018 | Ï 10 | Request of Summons Issued as to Sea Fox Boat Company, Inc. filed by Hugo Gonzalez re 2 Complaint. (Young, Timothy) (Entered: 09/05/2018) |
| 09/05/2018 | Ï 11 | Summons Issued as to Sea Fox Boat Company, Inc. (sbs) (Entered: 09/05/2018) |
| 09/05/2018 | Ï 12 | SUMMONS Returned Executed; Sea Fox Boat Company, Inc. served on 9/5/2018, answer due 9/26/2018. (Young, Timothy) (Entered: 09/05/2018) |
| 09/07/2018 | Ï 13 | RESPONSE/MEMORANDUM in Opposition to Motion filed by Sea Fox Boat Company, Inc. re 6 MOTION for Leave to Take Discovery Prior to Rule 26(f) Conference. (Attachments: # 1 Exhibits A – F)(Frohn, David) Modified event on 9/7/2018 (sbs). (Entered: 09/07/2018) |
| 09/07/2018 | Ï 14 | Statement of Corporate Disclosure by Sea Fox Boat Company, Inc. (Frohn, David) (Entered: 09/07/2018) |
| 09/07/2018 | Ï 15 | Correction of Docket Entry by Clerk re 13 Response to Motion, 14 Statement of Corporate Disclosure. **Filing attorney selected incorrect event. Correct event is Response/Memorandum in Opposition. Clerk took corrective action by changing the event. ALSO, the caption on the Statement of Corporate Disclosure lists additional case numbers that are not a part of this suit. Please adjust your caption for all future pleadings.** (sbs) (Entered: 09/07/2018) |
| 09/12/2018 | Ï 16 | Minute Entry for proceedings held before Magistrate Judge Michael North: Motion Hearing held on 9/12/2018 re 6 MOTION for Leave to Take Discovery Prior to Rule 26(f) Conference . (Court Reporter Mary Thompson.) (clc) (Entered: 09/14/2018) |
| 09/19/2018 | Ï 17 | ORDERED that Civil Action Nos. 18–7832 and 18–7887 are consolidated with 18–7711. Counsel shall comply as stated herein. Signed by Judge Lance M Africk on 9/19/2018.(blg) (Entered: 09/19/2018) |
| 09/24/2018 | Ï 18 | **DEFICIENT** NOTICE of Appearance by James Grady Wyly, III on behalf of Sea Fox Boat Company, Inc. (Reference: 18–7711) Attorney James Grady Wyly, III added to party Sea Fox Boat Company, Inc.(pty:dft).(Wyly, James) Modified text on 9/25/2018 (sbs). (Entered: 09/24/2018) |
| 09/24/2018 | Ï 19 | **DEFICIENT** MOTION for Extension of Time to Answer *Unopposed*, MOTION for Extension of Time to Complete Discovery *Unopposed* by Sea Fox Boat Company, Inc. Motion(s) referred to Michael North. Motion(s) will be submitted on 9/24/2009. (Attachments: # 1 Proposed Order)(Reference: 18–7711)(Wyly, James) Modified text on 9/25/2018 (sbs). (Entered: |

| | | 09/24/2018) |
|---|---|---|
| 09/25/2018 | 20 | EXPARTE/CONSENT MOTION to Substitute Attorney. Attorney James G. Wyly to be substituted in place of David R. Frohn and Meghan B. Senter by Sea Fox Boat Company, Inc. (Attachments: # 1 Proposed Order)(Reference: All Cases) (sbs) Modified event and text on 9/26/2018 (sbs). (Entered: 09/25/2018) |
| 09/26/2018 | 21 | Correction of Docket Entry by Clerk re 20 MOTION for Extension of Time to Answer, MOTION for Extension of Time to Complete Discovery. **Filing attorney selected incorrect event. Correct event is 'Motion to Substitute Attorney.' Clerk took corrective action by changing the event.** (Reference: All Cases)(sbs) (Entered: 09/26/2018) |
| 09/26/2018 | 22 | ORDER GRANTING 20 Motion to Substitute Attorney. David R. Frohn and Meghan B. Senter are WITHDRAWN, and James G. Wyly is ENROLLED as counsel of record for Sea Fox in connection with this matter. Signed by Judge Lance M Africk on 9/26/2018. (Reference: All Cases)(jls) (Entered: 09/26/2018) |
| 10/01/2018 | 23 | **DEFICIENT** NOTICE of Appearance by James Grady Wyly, III on behalf of Sea Fox Boat Company, Inc. (Reference: 18–7832, 18–7887)(Wyly, James) Modified text on 10/1/2018 (sbs). (Entered: 10/01/2018) |
| 10/01/2018 | 24 | EXPARTE/CONSENT MOTION to Enroll as Counsel of Record by Sea Fox Boat Company, Inc. (Attachments: # 1 Proposed Order)(Reference: All Cases)(Wyly, James) Modified text on 10/2/2018 (sbs). (Entered: 10/01/2018) |
| 10/02/2018 | 25 | Correction of Docket Entry by Clerk re 24 MOTION to Enroll as Counsel of Record. **The case reference in the docket text must match the case reference listed on the document. Please follow this requirement on all future filings. Clerk modified the docket text to read 'All Cases'. No further action is necessary.** (Reference: All Cases)(sbs) (Entered: 10/02/2018) |
| 10/02/2018 | 26 | NOTICE of Voluntary Dismissal Without Prejudice by Courtney Alston, Jeremy Eades dismissing Courtney Alston. (Attachments: # 1 Proposed Order)(Reference: 18–7832)(Zelbst, John) Modified event on 10/2/2018 (sbs). (Entered: 10/02/2018) |
| 10/02/2018 | 27 | Correction of Docket Entry by Clerk re 26 Notice (Other). **Filing attorney selected incorrect event. Correct event is 'Notice of Voluntary Dismissal.' Clerk took corrective action by changing the event.** (Reference: 18–7832)(sbs) (Entered: 10/02/2018) |
| 10/02/2018 | 28 | ORDER granting 24 Motion to Enroll as Counsel of Record for Attorney David J. Saltaformaggio, Autumn Taylor Breeden, Evans Martin McLeod for Sea Fox Boat Company, Inc. Signed by Judge Lance M Africk on 10/2/18. (Reference: All Cases)(sbs) (Entered: 10/02/2018) |
| 10/23/2018 | 29 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice *Allen Austin Vollor* (Filing fee $100 receipt number 053L–7187197) by Jeremy Eades. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 ECF Attorney Registration Form, # 4 Proposed Order)(Reference: All Cases) (Stanga, Alonzo) Modified text on 10/23/2018 (sbs). (Entered: 10/23/2018) |
| 10/23/2018 | 30 | Correction of Docket Entry by Clerk re 29 MOTION to Appear Pro Hac Vice *Allen Austin Vollor* (Filing fee $100 receipt number 053L–7187197). **The title of the attached proposed order should not include the word 'Proposed' but only reflect 'Order' on the actual document. Also, the case reference in the docket text must match the case reference listed on the document. Please follow this requirement on all future filings. Clerk modified the docket text. No further action is necessary.** (Reference: All Cases)(sbs) (Entered: 10/23/2018) |
| 10/23/2018 | 31 | ORDER granting 29 Motion to Appear Pro Hac Vice as to Allen Austin Vollor. Signed by Judge Lance M Africk on 10/23/18. (Attachments: # 1 Notice to PHV Atty) (Reference: All Cases)(sbs) (Entered: 10/23/2018) |

| | | |
|---|---|---|
| 10/29/2018 | 32 | ORDER: Docket Call set for 11/14/2018 08:30 AM before Judge Lance M Africk. Signed by Judge Lance M Africk on 10/29/2018.(Reference: ALL CASES)(blg) (Entered: 10/29/2018) |
| 10/31/2018 | 33 | ANSWER to 2 Complaint with Jury Demand, THIRD PARTY COMPLAINT with Jury Demand against Jeremy Eades, Galloway Outlaw–Knight, Francene Henderson, Daniel Henderson, COUNTERCLAIM with Jury Demand against Hugo Gonzalez by Sea Fox Boat Company, Inc.(Reference: 18–7711)(McLeod, Evans) Modified on 11/2/2018 (sbs). (Entered: 10/31/2018) |
| 10/31/2018 | 34 | ANSWER to Complaint, with Jury Demand, THIRD PARTY COMPLAINT with Jury Demand against Hugo Gonzalez, Daniel Henderson, Francene Henderson, Jeremy Eades, COUNTERCLAIM with Jury Demand against Galloway Outlaw–Knight by Sea Fox Boat Company, Inc.(Reference: 18–7887)(McLeod, Evans) Modified text on 11/1/2018 (sbs). (Entered: 10/31/2018) |
| 10/31/2018 | 35 | ANSWER to Complaint, with Jury Demand, THIRD PARTY COMPLAINT with Jury Demand against Hugo Gonzalez, Galloway Outlaw–Knight, Daniel Henderson, Francene Henderson, COUNTERCLAIM with Jury Demand against Jeremy Eades by Sea Fox Boat Company, Inc.(Reference: 18–7832)(McLeod, Evans) Modified text on 11/1/2018 (sbs). (Entered: 10/31/2018) |
| 11/02/2018 | 36 | NOTICE: Scheduling Conference set for 11/13/2018 10:45 AM before case manager by telephone. By Clerk. (Reference: ALL CASES)(blg) (Entered: 11/02/2018) |
| 11/13/2018 | 37 | Summons Submitted for Issuance (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(Reference: 18–7711, 18–7832, 18–7887)(Saltaformaggio, David) (Entered: 11/13/2018) |
| 11/13/2018 | 38 | ORDERED that the Call Docket set for 11/14/2018 is SATISFIED AND CANCELLED, counsel need not appear. Signed by Judge Lance M Africk on 11/13/2018.(Reference: ALL CASES)(blg) (Entered: 11/13/2018) |
| 11/14/2018 | 39 | Summons Issued as to Daniel Henderson, Francene Henderson. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(Reference: All Cases)(sbs) (Entered: 11/14/2018) |
| 11/14/2018 | 40 | EXPARTE/CONSENT MOTION for Extension of Time to Answer re 33 Third Party Complaint, 34 Third Party Complaint, 35 Counterclaim, by Jeremy Eades. (Attachments: # 1 Proposed Order)(Reference: All Cases) Attorney John Paul Zelbst added to party Jeremy Eades(pty:con3df)(Zelbst, John) Modified text on 11/15/2018 (sbs). (Entered: 11/14/2018) |
| 11/15/2018 | 41 | Correction of Docket Entry by Clerk re 40 MOTION for Extension of Time to Answer re 33 Third Party Complaint, 34 Third Party Complaint, 35 Counterclaim. **Document does not contain Magistrate Judge. All future pleadings must reflect Magistrate Judge 5.** (Reference: All Cases)(sbs) (Entered: 11/15/2018) |
| 11/15/2018 | 42 | ORDER granting in part 40 Motion for Extension of Time to Answer as to Jeremy Eades; Responsive pleadings to the counterclaim and third–party claims shall be filed no later than 12/20/2018. Signed by Judge Lance M Africk on 11/15/2018. (Reference: ALL CASES)(blg) (Entered: 11/15/2018) |
| 11/30/2018 | 43 | SUMMONS Returned Executed; Daniel Henderson served on 11/18/2018, answer due 12/10/2018.(Reference: 18–7111, 18–7832, 18–7887)(Saltaformaggio, David) Modified text on 11/30/2018 (sbs). (Entered: 11/30/2018) |
| 11/30/2018 | 44 | SUMMONS Returned Executed; Daniel Henderson served on 11/18/2018, answer due 12/10/2018. (Reference: 18–7711, 18–7832, 18–7887)(Saltaformaggio, David) Modified text on 11/30/2018 (sbs). (Entered: 11/30/2018) |

| 11/30/2018 | 45 | SUMMONS Returned Executed; Daniel Henderson served on 11/18/2018, answer due 12/10/2018. (Reference: 18−7111, 18−7832, 18−7887)(Saltaformaggio, David) Modified text on 11/30/2018 (sbs). (Entered: 11/30/2018) |
|---|---|---|
| 11/30/2018 | 46 | SUMMONS Returned Executed; Francene Henderson served on 11/18/2018, answer due 12/10/2018. (Reference: 18−7111, 18−7832, 18−7887)(Saltaformaggio, David) (Entered: 11/30/2018) |
| 11/30/2018 | 47 | SUMMONS Returned Executed; Francene Henderson served on 11/18/2018, answer due 12/10/2018. (Reference: 18−7111, 18−7832, 18−7887)(Saltaformaggio, David) Modified text on 11/30/2018 (sbs). (Entered: 11/30/2018) |
| 11/30/2018 | 48 | SUMMONS Returned Executed; Francene Henderson served on 11/18/2018, answer due 12/10/2018. (Reference: 18−7111, 18−7832, 18−7887)(Saltaformaggio, David) Modified text on 11/30/2018 (sbs). (Entered: 11/30/2018) |
| 11/30/2018 | 49 | ANSWER to 33 Counterclaim by Hugo Gonzalez.(Reference: 18−7711)(Young, Timothy) Modified text on 12/3/2018 (sbs). (Entered: 11/30/2018) |
| 11/30/2018 | 50 | ANSWER to 34 Third Party Complaint by Hugo Gonzalez.(Reference: 18−7887)Attorney Timothy J. Young added to party Hugo Gonzalez(pty:con3df).(Young, Timothy) Modified text on 12/3/2018 (sbs). (Entered: 11/30/2018) |
| 11/30/2018 | 51 | ANSWER to 35 Third Party Complaint by Hugo Gonzalez.(Reference: 18−7832)(Young, Timothy) Modified text on 12/3/2018 (sbs). (Entered: 11/30/2018) |
| 11/30/2018 | 52 | ANSWER to 33 Third Party Complaint by Galloway Outlaw−Knight.(Reference: 18−7711)(Young, Timothy) Modified text on 12/3/2018 (sbs). (Entered: 11/30/2018) |
| 11/30/2018 | 53 | ANSWER to 34 Counterclaim by Galloway Outlaw−Knight.(Reference: 18−7887)(Young, Timothy) Modified text on 12/3/2018 (sbs). (Entered: 11/30/2018) |
| 11/30/2018 | 54 | ANSWER to 35 Third Party Complaint by Galloway Outlaw−Knight.(Reference: 18−7832)(Young, Timothy) Modified text on 12/3/2018 (sbs). (Entered: 11/30/2018) |
| 11/30/2018 | 55 | **DUPLICATE FILING. SEE R. DOC. 49** ANSWER to 33 Counterclaim by Hugo Gonzalez.(Reference: 18−7711)(Young, Timothy) Modified text on 12/3/2018 (sbs). (Entered: 11/30/2018) |
| 12/03/2018 | 56 | Correction of Docket Entry by Clerk re 55 Answer to Counterclaim. **Filing has been marked as a duplicate to R. Doc. 49 and will be noted as such. No further action necessary.** (Reference: 18−7711)(sbs) (Entered: 12/03/2018) |
| 12/13/2018 | 57 | EXPARTE/CONSENT MOTION to Substitute Party *Cortney Blair Alston, as Administratrix of the Estate of Jeremy Wade Eades, deceased to be substituted in place of Jeremy Eades* by Jeremy Eades. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Reference: 18−7832)(Zelbst, John) Modified text on 12/14/2018 (sbs). (Entered: 12/13/2018) |
| 12/18/2018 | 58 | ORDER granting 57 Motion to Substitute Party. Cortney Blair Alston shall be substituted as plaintiff for Jeremy Eades in her capacity as the administratrix of Jeremy Eades's estate. Signed by Judge Lance M Africk on 12/18/2018. (Reference: 18−7832)(blg) (Entered: 12/18/2018) |
| 12/19/2018 | 59 | ANSWER to 33 Third Party Complaint by Cortney Blair Alston.(Reference: 18−7711)(Zelbst, John) Modified text on 12/20/2018 (sbs). (Entered: 12/19/2018) |
| 12/19/2018 | 60 | ANSWER to 34 Third Party Complaint by Cortney Blair Alston.(Reference: 18−7887)(Zelbst, John) Modified text on 12/20/2018 (sbs). (Entered: 12/19/2018) |

| 12/19/2018 | 61 | ANSWER to 35 Counterclaim by Cortney Blair Alston.(Reference: 18−7832)(Zelbst, John) Modified text on 12/20/2018 (sbs). (Entered: 12/19/2018) |
|---|---|---|
| 12/20/2018 | 62 | EXPARTE/CONSENT MOTION for Extension of Time to Answer re 33 Third Party Complaint, by Daniel Henderson, Francene Henderson.(Attachments: # 1 Proposed Order, # 2 Exhibit)(Reference: 18−7711) Attorney Thomas Glenn Buck added to party Daniel Henderson(pty:3pd), Francene Henderson (pty:3pd).(Buck, Thomas) Modified text on 12/20/2018 (sbs). (Entered: 12/20/2018) |
| 12/20/2018 | 63 | Correction of Docket Entry by Clerk re 62 MOTION for Extension of Time to Answer re 33 Third Party Complaint. **Filing attorney should have linked the motion to the Third Party Complaint by checking the box 'Should the document you are filing link to another document' or by selecting a related document on other appropriate screen. Clerk took corrective action by linking the motion to the Third Party Complaint.**. (Reference: 18−7711)(sbs) (Entered: 12/20/2018) |
| 12/21/2018 | 64 | ORDER granting in part 62 Motion for Extension of Time to Answer re 33 Third Party Complaint. Responsive pleadings shall be filed no later than 12/28/2018. Signed by Judge Lance M Africk on 12/21/18. (Reference: 18−7711)(sbs) (Entered: 12/21/2018) |
| 12/28/2018 | 65 | ANSWER to 33 Third Party Complaint by Daniel Henderson, Francene Henderson.(Reference: 18−7711)(Buck, Thomas) Modified text on 12/31/2018 (sbs). (Entered: 12/28/2018) |
| 01/02/2019 | 66 | NOTICE: Scheduling Conference set for 1/15/2019 09:30 AM before case manager by telephone. By Clerk. (Reference: ALL CASES)(blg) (Entered: 01/02/2019) |
| 01/04/2019 | 67 | EXPARTE/CONSENT MOTION to Substitute Counsel *David R. Frohn and Meghan B. Senter to be substituted in place of James Grady Wyly, III, Autumn Taylor Breeden, David J. Saltaformaggio, and Evans Martin McLeod* by Sea Fox Boat Company, Inc. (Attachments: # 1 Proposed Order)(Reference: All Cases)(Senter, Meghan) Modified text on 1/7/2019 (sbs). (Entered: 01/04/2019) |
| 01/07/2019 | 68 | ORDER granting 67 Motion to Substitute Attorney. Added attorney David R. Frohn and Meghan B. Senter for Sea Fox Boat Company, Inc. Attorney David J. Saltaformaggio; James Grady Wyly, III; Autumn Taylor Breeden and Evans Martin McLeod terminated. Signed by Judge Lance M Africk on 1/7/2019. (Reference: ALL CASES)(blg) (Entered: 01/08/2019) |
| 01/11/2019 | 69 | EXPARTE/CONSENT Joint MOTION for Leave to File *Supplemental and Amended Complaints* by Hugo Gonzalez, Galloway Outlaw−Knight, Lauren M. Outlaw−Knight. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Proposed Pleading)(Reference: 18−7711, 18−7887)(Young, Timothy) Modified text and filers on 1/14/2019 (sbs). (Entered: 01/11/2019) |
| 01/14/2019 | 70 | ORDER granting 69 Motion for Leave to File Amended Complaint; FURTHER ORDERED that the scheduling conference currently set for 1/15/2019 is CANCELLED, to be reset once the newly added defendant, Yamaha Motor Corporation, U.S.A., makes its appearance. Signed by Judge Lance M Africk on 1/14/2019. (Reference: 18−7711, 18−7887)(blg) (Entered: 01/14/2019) |
| 01/14/2019 | 71 | AMENDED COMPLAINT with Jury Demand against Yamaha Motor Corporation, U.S.A. filed by Hugo Gonzalez.(Reference: 18−7711)(blg) (Entered: 01/14/2019) |
| 01/14/2019 | 72 | AMENDED COMPLAINT with Jury Demand against Yamaha Motor Corporation, U.S.A. filed by Galloway Outlaw−Knight, Lauren M. Outlaw−Knight.(Reference: 18−7887)(blg) (Entered: 01/14/2019) |
| 01/22/2019 | 73 | MOTION to Transfer Case by Sea Fox Boat Company, Inc. Motion(s) submitted on 2/06/2019.(Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Proposed Order, # 6 Notice of Submission)(Reference: All Cases)(Senter, Meghan) Modified text on 1/22/2019 (sbs). (Entered: 01/22/2019) |

| | | |
|---|---|---|
| 01/22/2019 | 74 | Correction of Docket Entry by Clerk re 73 MOTION to Transfer Case. **Filing attorney should have entered Submission Date and selected the correct hearing Judge. Clerk took corrective action to set motion for submission on 2/6/19before Judge Africk. No further action is necessary.** (Reference: All Cases)(sbs) (Entered: 01/22/2019) |
| 01/23/2019 | 75 | EXPARTE/CONSENT MOTION for Leave to File *First Supplemental and Amended Complaint* by Cortney Blair Alston. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: 18−7832)(Zelbst, John) Modified event and text on 1/24/2019 (sbs). (Entered: 01/23/2019) |
| 01/24/2019 | 76 | Correction of Docket Entry by Clerk re 75 MOTION for Leave to File *First Supplemental and Amended Complaint*. **Filing attorney selected incorrect event. Correct event is 'Motion for Leave to File Document.' Clerk took corrective action by changing the event and modifying the docket text. ALSO, documents do not contain Magistrate Judge. All future pleadings must include Magistrate 5.** (Reference: 18−7832)(sbs) (Entered: 01/24/2019) |
| 01/24/2019 | 77 | ORDER granting 75 Motion for Leave to File Supplemental and Amended Complaint. Signed by Judge Lance M Africk on 1/24/19. (Reference: 18−7832)(sbs) (Entered: 01/24/2019) |
| 01/24/2019 | 78 | FIRST SUPPLEMENTAL AMENDED COMPLAINT with Jury Demand against Sea Fox Boat Company, Inc.(18−7832) filed by Cortney Blair Alston.(Reference: 18−7832)(sbs) (Entered: 01/24/2019) |
| 01/25/2019 | 79 | ANSWER to 72 Amended Complaint with Jury Demand by Sea Fox Boat Company, Inc.(Reference: 18−7887)(Senter, Meghan) Modified text on 1/25/2019 (sbs). (Entered: 01/25/2019) |
| 01/25/2019 | 80 | ANSWER to 71 Complaint with Jury Demand by Sea Fox Boat Company, Inc.(Reference: 18−7711)(Senter, Meghan) Modified text on 1/25/2019 (sbs). (Entered: 01/25/2019) |
| 01/25/2019 | 81 | Correction of Docket Entry by Clerk re 79 Answer to Complaint, 80 Answer to Complaint. **Answers should have been linked to the appropriate complaints by checking the box 'Should the document you are filing link to another document' or by selecting a related document on other appropriate screen. Clerk took corrective action by linking each Answer to the appropriate Complaint.** (Reference: All Cases)(sbs) (Entered: 01/25/2019) |
| 01/25/2019 | 82 | EXPARTE/CONSENT MOTION for Leave to File *Second Supplemental and Amended Complaint* by Cortney Blair Alston. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: 18−7832)(Zelbst, John) Modified text on 1/25/2019 (sbs). (Entered: 01/25/2019) |
| 01/28/2019 | 83 | ORDER granting 82 Motion for Leave to File Second Supplemental and Amended Complaint. Signed by Judge Lance M Africk on 1/28/19. (Reference: 18−7832)(sbs) (Entered: 01/28/2019) |
| 01/28/2019 | 84 | SECOND SUPPLEMENTAL AND AMENDED COMPLAINT with Jury Demand against Sea Fox Boat Company, Inc.(18−7832), Yamaha Motor Corporation, U.S.A. filed by Cortney Blair Alston.(Reference: 18−7832)(sbs) (Entered: 01/28/2019) |
| 01/29/2019 | 85 | Summons Issued as to Yamaha Motor Corporation, U.S.A.(18−7832). (Reference: 18−7832)(sbs) (Entered: 01/29/2019) |
| 01/29/2019 | 86 | Request of Summons Issued as to Yamaha Motor Corporation, U.S.A. filed by Hugo Gonzalez re 2 Complaint, 71 Amended Complaint, 72 Amended Complaint. (Reference: 18−7711, 18−7887)(Young, Timothy) Modified text on 1/29/2019 (sbs). (Entered: 01/29/2019) |
| 01/29/2019 | 87 | Summons Issued as to Yamaha Motor Corporation, U.S.A. (Reference: 18−7711, 18−7887)(sbs) (Entered: 01/29/2019) |
| 01/29/2019 | 88 | RESPONSE/MEMORANDUM in Opposition filed by Hugo Gonzalez, Lauren M. Outlaw−Knight, Galloway Outlaw−Knight re 73 MOTION to Transfer Case. (Attachments: # 1 Exhibit)(Reference: |

| | | 18−7711; 18−7887)(Young, Timothy) Modified filers on 1/30/2019 (sbs). (Entered: 01/29/2019) |
|---|---|---|
| 01/29/2019 | 89 | Request/Statement of Oral Argument by Hugo Gonzalez, Lauren M. Outlaw−Knight, Galloway Outlaw−Knight regarding 73 MOTION to Transfer Case. (Attachments: # 1 Proposed Order)(Reference: 18−7711; 18−7887)(Young, Timothy) Modified filers on 1/30/2019 (sbs). (Entered: 01/29/2019) |
| 01/29/2019 | 90 | RESPONSE/MEMORANDUM in Opposition filed by Cortney Blair Alston re 73 MOTION to Transfer Case *Adopting responses to Docs 88 and 89*. (Reference: 18−7832)(Zelbst, John) (Entered: 01/29/2019) |
| 01/30/2019 | 91 | Correction of Docket Entry by Clerk re 88 Response/Memorandum in Opposition to Motion, 89 Request/Statement of Oral Argument. **Filing attorney did not select Lauren M. Outlaw−Knight and Galloway Outlaw−Knight as filers. Clerk added filers.** (Reference: All Cases)(sbs) (Entered: 01/30/2019) |
| 01/30/2019 | 92 | ORDER re 89 Request/Statement of Oral Argument as to the 73 MOTION to Transfer Case; The Court declines to schedule oral argument at this time. Signed by Judge Lance M Africk on 1/29/2019.(Reference: ALL CASES)(blg) (Entered: 01/30/2019) |
| 02/01/2019 | 93 | SUMMONS Returned Executed; Yamaha Motor Corporation, U.S.A. served on 1/31/2019, answer due 2/21/2019. (Attachments: # 1 Summons)(Reference: 18−7711, 18−7887)(Young, Timothy) (Entered: 02/01/2019) |
| 02/01/2019 | 94 | ORDER AND REASONS: Case transferred to USDC Western District of Louisiana, Lake Charles Division. Signed by Judge Lance M Africk on 2/1/19.(Reference: 18−7711, 18−7832, 18−7887)(sbs) (Case Transferred via Case Extraction) Modified on 2/1/2019 (sbs). (Entered: 02/01/2019) |

Gonzalez v. Sea Fox Boat Company, Inc. (2:18−cv−07711−LMA−MBN)