UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HUGO GONZALEZ, ET AL. | * | CIVIL ACTION NOS. 19-130 |
| | * | c/w 19-131 and 19-132 |
| VERSUS | * | |
| | * | JUDGE: JAMES D. CAIN, JR. |
| SEA FOX BOAT COMPANY, INC. | * | |
| | * | MAGISTRATE: KATHLEEN KAY |
| | * | |
| | * | PERTAINS TO: ALL CASES |

*************************************************************************

### DEFENDANT, YAMAHA MOTOR CORPORATION, U.S.A.'S MOTION FOR RECONSIDERATION OF COURT'S MEMORANDUM ORDER ON MOTION IN LIMINE TO EXCLUDE INADMISSIBLE, IRRELEVANT, AND/OR PREJUDICIAL EVIDENCE

Defendant, Yamaha Motor Corporation, U.S.A. ("YMUS"), moves this Court, pursuant to its inherent authority, for reconsideration of its September 1, 2022 Memorandum Order (R. Doc. 467) on Plaintiff, Hugo Gonzalez's and Plaintiff, Galloway Outlaw-Knight's March 17, 2022 Motion in Limine to Exclude Inadmissible, Irrelevant and/or Prejudicial Evidence [R. Doc. 283] and Plaintiff, Courtney Blair Alston's contemporaneously filed adoption of and joinder in same [R. Doc. 292] (collectively "Plaintiffs' Motion") to correct what appears to a fundamental error, *to wit*: the Court's erroneous statement that "Defendants have not filed an opposition to [Plaintiffs'] motion. Memorandum Order at p. 1. The fact is: YMUS and Defendant, Sea Fox Boat Co., both filed timely oppositions to Plaintiffs' Motion [R. Docs. 341 and 364, respectively], which even Plaintiffs acknowledged in their respective Reply Memoranda. *See* R. Docs. 400 and 408, respectively.

**WHEREFORE**, Defendant, Yamaha Motor Corporation, U.S.A. respectfully requests that this Court withdraw its Memorandum Order and reissue same after it has considered the arguments, authorities, and record evidence that forms the basis for Defendants' Oppositions.

02661335-1

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART**

*s/Joseph G. Glass*

_____
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS #25397**
**LAURA L. POUSSON #38871**
3838 North Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Tel.: (504) 832-3700
Fax: (504) 324-0676
andreww@duplass.com
jglass@duplass.com
lpousson@duplass.com

and

Frank D. Hosley (*Pro Hac Vice*)
BOWMAN AND BROOKE, LLP
1064 Greenwood Boulevard, Suite 212
Lake Mary, FL 32746
Tel.: (407) 585-7601
Fax: (407) 585-7610
Frank.hosley@bowmanandbrooke.com

and

**FLANAGAN PARTNERS LLP**

/s/ Thomas M. Flanagan
Thomas M. Flanagan (La. Bar #19569)
Anders F. Holmgren (La. Bar #34597)
Laurent J. Demosthenidy (La. Bar #30473)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170
Tel.: (504) 569-0235
Fax: (504) 592-0251
tflanagan@flanaganpartners.com
aholmgren@flanaganpartners.com
ldemosthenidy@flanaganpartners.com
**Counsel for Defendant, Yamaha Motor Corporation, U.S.A.**

## **C E R T I F I C A T E**

I hereby certify that on the 12th day of September, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*s/Joseph G. Glass*

_____
**JOSEPH G. GLASS #25397**