UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

HUGO GONZALEZ     CASE NO. 2:19-CV-00130 LEAD

VERSUS     JUDGE JAMES D. CAIN, JR.

SEA FOX BOAT CO INC     MAGISTRATE JUDGE KAY

### VERDICT FORM

**Question No. 1:**

Was the Yamaha fuel/water separator filter defective and unreasonably dangerous when it left the manufacturer's control?

**Answer:**

Yes_____     No ✓

- If you answered "NO," your verdict is complete as to Yamaha; go to Question 2.
- If you answered "YES," go to Question 1a.

**Question No. 1a:**

Was the defective and unreasonably dangerous condition in the fuel/water separator filter a proximate cause of injury to any of the following plaintiffs or the death of Jeremey Eades:

**Answer:**

| | | |
|---|---|---|
| i. Hugo Gonzalez | YES _____ | NO _____ |
| ii. Galloway Outlaw-Knight | YES _____ | NO _____ |
| iii.a. Jeremy Eades (injury) | YES _____ | NO _____ |
| iii.b. Jeremy Eades (death) | YES _____ | NO _____ |

Page 1 of 10

**Question No. 2:**

Was the Sea Fox vessel defective and unreasonably dangerous when it left the manufacturer's control?

**Answer:**

Yes _____    No ___✓___

- If your answer to Question 2 is "NO" your verdict is complete as to Sea Fox. **NOTE: If you answered "NO" to Questions 1 and 2, your verdict form is complete. Go to the end of the verdict form, sign, date, and then return it to the courtroom.**

- If you answered "YES," to Question 2, go to Question 2a.

**Question No. 2a:**

Was the defective and unreasonably dangerous condition in the Sea Fox vessel a proximate cause of injury to any of the following plaintiffs or the death of Jeremey Eades:

**Answer:**

| | | |
|---|---|---|
| i. Hugo Gonzalez | YES _____ | NO _____ |
| ii. Galloway Outlaw-Knight | YES _____ | NO _____ |
| iii.a. Jeremy Eades (injury) | YES _____ | NO _____ |
| iii.b. Jeremy Eades (death) | YES _____ | NO _____ |

**Question No. 3:**

Was Daniel Henderson, the boat owner, negligent in any way?

**Answer:**

Yes_____        No_____

- If you answered "NO" to Question 3, your verdict form is complete as to Daniel Henderson.
- If you answered "YES" to Question 3, go to Question 3a.

**Question 3a:**

Was Daniel Henderson's negligence a proximate cause of injury to any of the following plaintiffs or the death of Jeremy Eades:

**Answer:**

| | | |
|---|---|---|
| i. Hugo Gonzalez | YES _____ | NO _____ |
| ii. Galloway Outlaw-Knight | YES _____ | NO _____ |
| iii.a. Jeremy Eades (injury) | YES _____ | NO _____ |
| iii.b. Jeremy Eades (death) | YES _____ | NO _____ |

**Question No. 4:**

Was Hugo Gonzalez negligent in any way, and if so, was his negligence a proximate cause of injury to any of the plaintiffs (including himself)?

**Answer:**

Yes_____        No_____

**Question No. 5:**

Was Jeremy Eades negligent in any way, and if so, was his negligence a proximate cause of injury to any of the plaintiffs (including himself)?

**Answer:**

Yes_____          No _____

**Question No. 6:**

Was Galloway Outlaw-Knight negligent in any way, and if so, was his negligence a proximate cause of injury to any of the plaintiffs (including himself)?

**Answer:**

Yes_____          No _____

**Question No. 7:**

What percentage of fault, if any, do you assign to the following parties for the **injuries**, if any, to plaintiffs? **All numerical percentages you enter in this question must add up to a total of 100%:**

Yamaha Motor Corporation, U.S.A.                  _____%
(If you answered "NO" to Question 1, you must put "0")

Sea Fox Boat Company, Inc.                       _____%
(If you answered "NO" to Question 2, you must put "0")

Daniel Henderson                                   _____%
(If you answered "NO" to Question 3, you must put "0")

Hugo Gonzalez                                      _____%
(If you answered "NO" to Question 4, you must put "0")

Jeremy Eades                                        _____%
(If you answered "NO" to Question 5, you must put "0")

Galloway Outlaw-Knight                      _____%
(If you answered "NO" to Question 6, you must put "0")

                                                                                 **100% (TOTAL)**

**Question No. 8:**

What percentage of fault, if any, do you assign to the following parties for causing the **death** of Jeremy Eades? **All numerical percentages you enter in this question must add up to a total of 100%:**

**Answer:**

Yamaha Motor Corporation, U.S.A. _____%
(If you answered "NO" to Question 1a.iii.b, you must put "0")

Sea Fox Boat Company, Inc. _____%
(If you answered "NO" to Question 2a.iii.b, you must put "0")

Daniel Henderson _____%
(If you answered "NO" to Question 3a.iii.b, you must put "0")

Hugo Gonzalez _____%
(If you answered "NO" to Question 4, you must put "0")

Jeremy Eades _____%
(If you answered "NO" to Question 5, you must put "0")

Galloway Outlaw-Knight _____%
(If you answered "NO" to Question 6, you must put "0")

**100% (TOTAL)**

**Question No. 9:**

Please state what amount of damages, if any, you award to plaintiff Hugo Gonzalez and his minor children C.G. and E.G. in the following categories:

| | |
|---|---|
| Past medical expenses | $_____ |
| Future medical expenses | $_____ |
| Future loss of earnings capacity | $_____ |
| Past and future physical pain and suffering | $_____ |
| Past and future mental anguish | $_____ |
| Loss of consortium (C.G. only) | $_____ |
| Loss of consortium (E.G. only) | $_____ |

**Question No. 10:**

Please state what amount of damages, if any, you award to Plaintiff Galloway Outlaw-Knight, Lauren Outlaw Knight, and his minor children A. O.-K.(I), A. O.-K.(II), and A. O.-K.(III), in the following categories:

| | |
|---|---|
| Past medical expenses | $_____ |
| Future medical expenses | $_____ |
| Past lost wages | $_____ |
| Future loss of earnings capacity | $_____ |
| Past and future physical pain and suffering | $_____ |
| Past and future mental anguish | $_____ |
| Loss of consortium (Lauren Outlaw-Knight) | $_____ |
| Loss of consortium (A. O.-K. I only) | $_____ |
| Loss of consortium (A. O.-K. II only) | $_____ |
| Loss of consortium (A. O.-K. III only) | $_____ |

**Question No. 11:**

Please state what amount of damages for *pre-death injuries*, if any, you award to estate of Jeremy Eades in the following categories:

| | |
|---|---|
| Past medical expenses | $_____ |
| Past pain and suffering | $_____ |

**Question No. 12:**

Please state what amount of damages related to Jeremy Eades's *death*, if any, you award plaintiff Cortney Blair Alston, on behalf of Jeremy Eades's minor children MTA and IE, in the following categories:

**Answer:**

    Loss of Consortium (MTA only)    $_____

    Loss of Consortium (IE only)    $_____

**Question No. 13:**

Please state what amount of damages related to Jeremy Eades's *death*, if any, you award to plaintiff Cortney Blair Alston, on behalf of Ruth Eades, mother of Jeremy Eades, in the following categories:

**Answer:**

    Loss of Consortium    $_____

**Only answer Question 14 if you answered "YES" to Question 1.**

**Question No. 14:**

Do you find by a preponderance of the evidence that Yamaha's conduct as it relates to the fuel/water separator filter was willful, wanton, and in callous disregard for the safety of others, such that punitive damages are warranted to punish Yamaha?

**Answer:**

  Yes_____  No _____

- If your answer is "YES," go to Question 15.
- If your answer to Question 14 is "NO," go to the end of the verdict form and sign, date, and then return it to the courtroom.

**Question No. 15:**

What amount of punitive damages, if any, do you award against Yamaha:

**Answer:**

  $_____

**END OF QUESTIONS**

**JURY FOREPERSON,**

Please sign and date this form and return it to the bailiff.

Date: _11/22/2022_

Foreperson: █████████████