UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **HUGO GONZALEZ** | **CASE NO. 2:19-CV-00130 LEAD** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SEA FOX BOAT CO INC** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

This case came for jury trial on November 14, 2022, through November 22, 2022. Present in court for plaintiffs Hugo Gonzales, individually and on behalf of his minor children, C.G. and E.G., and Galloway Outlaw-Knight and Lauren M. Outlaw-Knight, individually and on behalf of their minor children, were Timothy Young, Todd Townsley, and Megan Misko; and for plaintiff Courtney Blair Alston, Personal Representation of the Estate of Jeremy Wade Eades, were David Butler and John Zelbst. Present in court for defendant Sea Fox Boat Co. Inc. were David Frohn, Meghan Senter, and Raul Chacon, Jr.; for defendant Yamaha Motor Corp. USA were Frank Hosley, Joseph Glass, Laura Pousson, and Tom Flanagan, and for third-party defendants Daniel Henderson and Francene Henderson was Tom Buck. The case was taken up and prescribed by law, and evidence was adduced. On November 22, 2022, the jury rendered a verdict (Doc. 495). The jury found that defendant Yamaha's fuel/water separator filter was neither defective nor unreasonably dangerous when it left the manufacturer's control.

Prior to the jury's verdict, Sea Fox entered into a settlement agreement with plaintiffs, Hugo Gonzalez, individually and on behalf of his minor children, C.G. and E.G.,

Galloway Outlaw-Knight and Lauren M. Outlaw-Knight, individually and on behalf of their minor children, and Courtney Blair Alston, Personal Representation of the Estate of Jeremy Wade Eades.

In accordance with the jury's verdict,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be a judgment herein in favor of the defendant Yamaha Motor Corp. USA and against the plaintiffs, Hugo Gonzalez, individually and on behalf of his minor children, C.G. and E.G., Galloway Outlaw-Knight and Lauren M. Outlaw-Knight, individually and on behalf of their minor children, and Courtney Blair Alston, Personal Representation of the Estate of Jeremy Wade Eades, together with all taxable costs.

**THUS DONE AND SIGNED** in Chambers on this 28th day of December 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**