UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HUGO GONZALEZ, ET AL. | * | CIVIL ACTION NOS. 19-130 |
| | * | c/w 19-131 and 19-132 |
| VERSUS | * | |
| | * | JUDGE: JAMES D. CAIN, JR. |
| SEA FOX BOAT COMPANY, INC. | * | |
| | * | MAGISTRATE: KATHLEEN KAY |
| | * | |
| | * | PERTAINS TO: ALL CASES |

**DEFENDANT, YAMAHA MOTOR CORPORATION, U.S.A.'S
MOTION TO TAX COSTS**

Defendant, Yamaha Motor Corporation, U.S.A. ("YMUS"), moves this Court, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and its inherent authority, for the entry of an Order awarding YMUS the taxable costs it incurred as the prevailing party in the above-styled consolidated actions, together with any and all such further relief to which it is entitled.

In support of its Motion, YMUS submits the following exhibits:

A.   Affidavit of Frank D. Hosley; and

B.   Cost Chart with all relevant invoices attached.

                              **DUPLASS APLC**

                              *s/Joseph G. Glass*

                              _____
                              **JOSEPH G. GLASS (#25397)**
                              **LAURA L. POUSSON (#38871)**
                              433 Metairie Rd., Suite 600
                              Metairie, Louisiana 70005
                              Telephone:  (504) 832-3700
                              Facsimile: (504) 324-0676
                              jglass@duplass.com
                              lpousson@duplass.com

02749633-1

Frank D. Hosley (*Pro Hac Vice*)
**BOWMAN AND BROOKE, LLP**
1064 Greenwood Boulevard, Suite 212
Lake Mary, FL 32746
Tel.: (407) 585-7601; Fax: (407) 585-7610
Frank.hosley@bowmanandbrooke.com

and

Thomas M. Flanagan (La. Bar #19569)
Anders F. Holmgren (La. Bar #34597)
Laurent J. Demosthenidy (La. Bar #30473)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170
Tel.: (504) 569-0235; Fax: (504) 592-0251
tflanagan@flanaganpartners.com
aholmgren@flanaganpartners.com
ldemosthenidy@flanaganpartners.com
**Counsel for Defendant, Yamaha Motor Corporation, U.S.A.**

## C E R T I F I C A T E

I hereby certify that on the 24th day of January, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*s/Joseph G. Glass*
_____
**JOSEPH G. GLASS**